BEFORE THE THIRD DIVISION, DECEMBER 28, 1955

**No. 59630.**—Chelsea Lamp & Shade Co., Inc., et al. *v.* United States, protests 243417–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59631.**—A. N. Deringer, Inc. *v.* United States, protest 171540–K (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59632.**—Holland Colombo Trading Society, Inc. *v.* United States, protests 243170–K and 271489–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States* (34 Cust. Ct. 90, C. D. 1684), the claim for free entry under paragraph 1802 was sustained.